THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **Natalie Dyan Shumate** | **Case No.:  21-51045** |
| **Debtor(s).** | **Chapter 13** |

## WITHDRAWAL OF PROOF OF CLAIM ON BEHALF OF APP OF TENNESSEE ED PLLC

Creditor, **APP of Tennessee ED PLLC**, by and through its Agent, **Wakefield and Associates, Inc.**, hereby withdraws its Proof of Claim filed listed herein as **Claim Number 2** on the Trustee's claims register, for Creditor number **13153255**, in the amount of **$354.40**, as the claim was filed in error.

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the **16th** day of **September 2021**, I electronically filed this withdrawal.

> By: */s/ Laurie Lujan*
> **Bankruptcy Clerk**
> **Wakefield and Associates, Inc.**
> P. O. Box 51272
> Knoxville, Tennessee  37950
> Phone:  (865) 971-1300
> Email:  laurie.lujan@wakefieldassoc.com